FILED
CHARLOTTE, NC
MAR 12 2018
US District Court
Western District of NC

# UNITED STATES DISTRICT COURT WESTERN DISTRICT OF NORTH CAROLINA

DOCKET NO: 3:18MC032

IN THE MATTER OF:

SPECIAL ADMISSION OF ATTORNEYS EMPLOYED BY THE OFFICE OF THE FEDERAL PUBLIC DEFENDER FOR THE WESTERN DISTRICT OF NORTH CAROLINA

**FOR GOOD CAUSE SHOWN,**

IT IS ORDERED that any attorney employed by the Office of the Federal Public Defender for the Western District of North Carolina may appear and be heard in any action in which the Office of the Federal Public Defender has been appointed without formal or general admission to the Bar of the State of North Carolina. Any attorney who appears in this Court pursuant to such order shall read and agree to abide by the Local Rules of this Court, the Rules of Professional Conduct of the North Carolina State Bar, and to accept the discipline of this court in the same manner as an attorney regularly admitted to the Bar of this Court.

The Clerk of Court will certify a copy of this Order to the Federal Public Defender for the Western District of North Carolina.

With the concurrence of the judges of this court, SO ORDERED this 9th day of March, 2018.

FRANK D. WHITNEY
Chief United States District Judge