IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISON

MISC. 3:18MC32

In the Matter of:

**SPECIAL ADMISSION OF ATTORNEYS**
**EMPLOYED BY THE OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**

**FOR GOOD CAUSE SHOWN,**

**IT IS ORDERED** that any attorney employed by the Federal Public Defender for the Western District of North Carolina may be appear and be heard in any action in which the Office of the Federal Public Defender has been appointed without formal or general admission to the North Carolina State Bar. Any attorney who appears in this Court pursuant to such order shall read and agree to abide by the Local Rules of this Court and the Rules of Professional Conduct of the North Carolina State Bar and to accept the discipline of this Court in the same manner as an attorney regularly admitted to the Bar of this Court.

As approved at an Executive Session of the Board of Judges on the 7th day of November 2018.

This 30th day of January 2019.

Frank D. Whitney
Chief United States District Judge